# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT STEVENS YOUNG**                                                **PLAINTIFF**

V.                          NO. 2:22-CV-00163-JTK

**COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 25th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE